1 | James P. Muehlberger (*admitted pro hac vice*)
jmuehlberger@shb.com
2 | SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
3 | Kansas City, Missouri 64108
Telephone:    816-474-6550
4 | Facsimile:    816-421-5547

5 | Paul B. La Scala (SBN: 186939)
plascala@shb.com
6 | SHOOK, HARDY & BACON L.L.P.
Jamboree Center
7 | 5 Park Plaza, Suite 1600
Irvine, California  92614-2546
8 | Telephone:    949-475-1500
Facsimile:     949-475-0016

Joan R. Camagong (SBN: 288217)
10 | jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
11 | One Montgomery, Suite 2700
San Francisco, California 94104-4505
12 | Telephone: 415-544-1900
Facsimile: 415-391-0291

14 | Attorneys for Defendants
BERWIND CORPORATION
15 | and WELLPET LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| DANIEL ZEIGER, DANZ DOGGIE DAYTRIPS, and AMY FREEBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLPET LLC, a Delaware corporation, and BERWIND CORPORATION, a Pennsylvania corporation,<br><br>            Defendants. | Case No.  3:17-cv-04056-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |
|---|---|

Pursuant to paragraph 1(d) of the Honorable William H. Orrick's Case Management Conference Order (Dkt. No. 18), Plaintiffs Daniel Zeiger, Danz Doggie Daytrips, and Amy Freeborn

("Plaintiffs") and Defendants WellPet LLC and Berwind Corporation ("Defendants") (collectively the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, Plaintiffs filed the original complaint on July 19, 2017 (Dkt. No. 1);

WHEREAS, on August 8, 2017 the Parties filed a Stipulation to Extend Time for Defendants to Respond to Complaint and to Set Briefing Schedule ("Stipulation") (Dkt. No. 8);

WHEREAS, on August 9, 2017, the Court granted the Stipulation (Dkt. No. 9);

WHEREAS, by Order dated August 21, 2017, the Court set a Case Management Conference for October 17, 2017 at 2:00 p.m. (Dkt. No. 18);

WHEREAS, on September 11, 2017, Defendants filed a Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 23);

WHEREAS, on October 2, 2017, the Parties met and conferred pursuant to the Court's Case Management Conference Order;

WHEREAS, Plaintiffs intend to file an amended complaint on or before October 26, 2017;

WHEREAS, the Parties believe it would be most efficient to continue the Initial Case Management Conference until after Plaintiffs have filed their amended complaint, Defendants have had an opportunity to evaluate the same, and the Parties have met and conferred regarding any additional issues it raises in preparation for the Initial Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record, subject to the Court's approval, that the Initial Case Management Conference currently set for October 17, 2017 is continued to November 28, 2017, or to a later date convenient to the Court's calendar.

Dated: October 3, 2017                          Respectfully submitted,

                                                SHOOK, HARDY & BACON L.L.P.

                                                By: */s/ Joan R. Camagong*
                                                        Joan R. Camagong

                                                Attorneys for Defendants
                                                WellPet LLC and Berwind Corporation

Dated: October 3, 2017

Respectfully submitted,

ROBBINS ARROYO LLP

By: */s/ Steven McKany*
      Steven McKany

Attorneys for Plaintiffs Daniel Zeiger, Danz Doggie Daytrips, and Amy Freeborn

### Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2017.

By: */s/ Joan R. Camagong*
      Joan R. Camagong

### ORDER

Pursuant to the parties' stipulation, the Court hereby orders as follows:

The Initial Case Management Conference is continued from October 17, 2017 to November 28, 2017 at 2:00pm.

IT IS SO ORDERED.

Dated: October 10, 2017

UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK