| | |
|---|---|
| 1 | James P. Muehlberger (*admitted pro hac vice*) |
| | jmuehlberger@shb.com |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Blvd. |
| 3 | Kansas City, Missouri 64108 |
| | Telephone: 816-474-6550 |
| 4 | Facsimile: 816-421-5547 |
| 5 | Paul B. La Scala (SBN: 186939) |
| | plascala@shb.com |
| 6 | SHOOK, HARDY & BACON L.L.P. |
| | Jamboree Center |
| 7 | 5 Park Plaza, Suite 1600 |
| | Irvine, California 92614-2546 |
| 8 | Telephone: 949-475-1500 |
| | Facsimile: 949-475-0016 |
| 10 | Joan R. Camagong (SBN: 288217) |
| | jcamagong@shb.com |
| | SHOOK, HARDY & BACON L.L.P. |
| 11 | One Montgomery, Suite 2700 |
| | San Francisco, California 94104-4505 |
| 12 | Telephone: 415-544-1900 |
| | Facsimile: 415-391-0291 |

Attorneys for Defendants BERWIND CORPORATION and WELLPET LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZEIGER, DANZ DOGGIE DAYTRIPS, and AMY FREEBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation, and BERWIND CORPORATION, a Pennsylvania corporation,<br><br>Defendants. | Case No. 3:17-cv-04056-WHO<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 19, 2017<br>FAC Filed: October 26, 2017 |

This Stipulation is entered into by and between the Parties, plaintiffs Daniel Zeiger, Danz Doggie Daytrips and Amy Freeborn ("Plaintiffs") and Defendants WellPet LLC and Berwind Corporation ("Defendants") through their respective undersigned counsel. The Parties hereby

stipulate, subject to the Court's approval, to set a briefing schedule on Defendants' Motion to Dismiss the First Amended Complaint. This Stipulation is based on the following facts and the accompanying declaration of Joan R. Camagong:

1. Plaintiffs filed their First Amended Complaint on October 26, 2017 [Dkt. 33]. Defendants filed their Motion to Dismiss the First Amended Complaint on November 9, 2017 ("Motion to Dismiss") [Dkt. 34]. Plaintiffs' current deadline to respond to Defendants' Motion to Dismiss is November 24, 2017 and Defendants' reply is due by December 1, 2017. The hearing on Defendants' Motion to Dismiss is set for January 10, 2018.

2. The Parties have conferred and agree that due to the complexities and breadth of the present issues and the upcoming holidays, additional time is required for the Parties to complete the Motion to Dismiss briefing.

**THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. Pursuant to Local Rules 6-1(b) and 6-2, and subject to approval of the Court, Plaintiffs shall file their opposition on or before December 5, 2017. Defendants shall file their reply on or before December 19, 2017.

2. The Parties agree that by entering into this Stipulation, Defendants are not waiving any defense that personal and/or subject matter jurisdiction is not proper before this Court.

The requested modification will not impact the current January 10, 2018 hearing date, or the case schedule, which will be set at or following the initial case management conference.

Dated: November 14, 2017

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Joan R. Camagong*
Joan R. Camagong

Attorneys for Defendants
WellPet LLC and Berwind Corporation

| | | |
|---|---|---|
| Dated: November 14, 2017 | | Respectfully submitted, |
| | | ROBBINS ARROYO LLP |
| | | By: */s/ Ashley Rifkin* |
| | | Ashley Rifkin |
| | | Attorneys for Plaintiffs Daniel Zeiger, Danz Doggie Daytrips, and Amy Freeborn |

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2017.

By: */s/ Joan R. Camagong*
Joan R. Camagong

# ORDER

Having considered the Stipulation to Set Briefing Schedule on Defendants' Motion to Dismiss the First Amended Complaint, filed by the Parties pursuant to Civil Local Rules 6-1(b) and 6-2, and good cause appearing, the COURT ORDERS as follows:

1. Plaintiffs shall file their opposition on or before <u>December 5, 2017</u>.
2. Defendants shall file their reply on or before <u>December 19, 2017</u>.

**IT IS SO ORDERED.**

DATED: November 17, 2017



WILLIAM H. ORRICK
United States District Judg

4
STIPULATION AND ORDER TO SET BRIEFING SCHEDULE
Case No.: 3:17-CV-04056-WHO