| | |
|---|---|
| 1 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>REBECCA A. PETERSON (241858)<br>ROBERT K. SHELQUIST (*pro hac vice*)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rapeterson@locklaw.com<br>          rkshelquist@locklaw.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS (190264)<br>KEVIN A. SEELY (199982)<br>ASHLEY R. RIFKIN (246602)<br>GINA STASSI (261263)<br>STEVEN M. McKANY (271405)<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsarroyo.com<br>          kseely@robbinsarroyo.com<br>          arifkin@robbinsarroyo.com<br>          gstassi@robbinsarroyo.com<br>          smckany@robbinsarroyo.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Attorneys for Plaintiffs<br><br>[Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DANIEL ZEIGER, DANZ DOGGIE DAYTRIPS, and AMY FREEBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiffs,<br><br>    v.<br><br>WELLPET LLC, a Delaware corporation, and BERWIND CORPORATION, a Pennsylvania corporation,<br><br>                         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:17-cv-04056-WHO<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  January 10, 2018<br>Time:  2:00 p.m.<br>Department: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: July 19, 2017<br>FAC Filed:     October 26, 2017 |

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:17-CV-04056-WHO

I, REBECCA A. PETERSON, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with the law firm of Lockridge, Grindal, Nauen, P.L.L.P., and one of the attorneys for the plaintiffs in the above-entitled case.

2. Exhibit 1 to this declaration is a true and correct copy of the complaint in *WellPet LLC v. Pet Partners, Inc.*, No. 2:13-cv-05961 (C.D. Cal.), filed August 14, 2013 (Dkt. 1), which my office obtained from the PACER system. This complaint is from the second case WellPet LLC ("WellPet") filed in that dispute, since the first complaint was dismissed.

3. Exhibit 2 to this declaration is a true and correct copy of the civil docket for *WellPet LLC v. Pet Partners, Inc.*, No. 2:13-cv-05961 (C.D. Cal.), which my office obtained from the PACER system.

4. Exhibit 3 to this declaration is a true and correct copy of a web page for United Pacific Pet, LLC, a pet food distributor WellPet identified in its complaint filed in *WellPet LLC v. Pet Partners, Inc.*, No. 2:13-cv-05961 (C.D. Cal.) (Exhibit 1 hereto). My office printed Exhibit 3 from the web site *Welcome to United Pacific Pet*, at https://www.uppet.com/ (accessed Nov. 13, 2017). The web page indicates United Pacific Pet, LCC is located at 12060 Cabernet Drive, Fontana, CA 92337.

5. Exhibit 4 to this declaration is a true and correct copy of a web page describing Pet Food Wholesale, Inc., a California pet food distributor or retail seller WellPet identified in its complaint filed in *WellPet LLC v. Pet Partners, Inc.*, No. 2:13-cv-05961 (C.D. Cal.) (Exhibit 1 hereto). My office obtained and printed Exhibit 4 from Bloomberg.com at https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=6761944 (accessed Nov. 13, 2017).

6. Exhibit 5 to this declaration is a true and correct copy of the unpublished appeal order in *Berwind Corp. v. Fyfe*, 921 F.2d 279 (9th Cir. 1990) (unpublished) (appeal from No. CV-88-0995 (S.D. Cal.)). Plaintiffs submit this exhibit to show the facts of defendant Berwind

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:17-CV-04056-WHO

1

Corporation's ("Berwind") California business dealings and that Berwind filed the lawsuit in the Southern District of California. My office obtained the document from Westlaw.

7. Exhibit 6 to this declaration is a true and correct copy of a web page describing Berwind's San Diego employees, entitled *Berwind Corporation Executive Assistant Hourly Salaries in San Diego, CA*. My office obtained and printed Exhibit 6 from Indeed.com at https://www.indeed.com/salaries/Executive-Assistant-Salaries-at-Berwind-Corporation,-San-Diego-CA (accessed November 16, 2017).

8. Exhibit 7 to this declaration is a true and correct copy of WellPet's Limited Liability Company Application for Registration, filed with California's Secretary of State on December 9, 2008. My office retrieved the application from the Secretary of State's website at https://businesssearch.sos.ca.gov (searching "WellPet LLC" and following hyperlinks) (accessed November 14, 2017).

9. Exhibit 8 to this declaration is a true and correct copy of WellPet LLC's recent Statement of Information (Limited Liability Company), filed with California's Secretary of State on November 23, 2016. My office retrieved the application from the Secretary of State's website at https://businesssearch.sos.ca.gov (searching "WellPet LLC" and following hyperlinks) (accessed November 14, 2017).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2017, at Minneapolis, Minnesota.

    s/ Rebecca A. Peterson
    REBECCA A. PETERSON

1228645

DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:17-CV-04056-WHO

2