ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
ASHLEY R. RIFKIN (246602)
STEVEN M. McKANY (271405)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        kseely@robbinsarroyo.com
        arifkin@robbinsarroyo.com
        smckany@robbinsarroyo.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST(*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
        rkshelquist@locklaw.com

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER and DANZ DOGGIE DAYTRIPS, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:17-cv-04056-WHO<br>)<br>) CLASS ACTION<br>) |
| Plaintiffs, | ) PLAINTIFFS' MOTION FOR<br>) VOLUNTARY DISMISSAL WITHOUT<br>) PREJUDICE AND WITHOUT NOTICE |
| v. | ) AS TO PLAINTIFF DANZ DOGGIE |
| WELLPET LLC, a Delaware corporation, | ) DAYTRIPS; MEMORANDUM OF<br>) POINTS AND AUTHORITIES<br>) |
| Defendant. | )<br>) Judge: Hon. William H. Orrick<br>) Hearing Date: December 5, 2018<br>) Hearing Time: 2:00 p.m.<br>) Ctrm: 2, 17th Floor |

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND
WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS

1

**NOTICE OF MOTION AND MOTION**

2      PLEASE TAKE NOTICE THAT on December 5, 2018, at 2:00 p.m., or as soon

3  thereafter as the matter may be heard, in Courtroom 2, 17th Floor, of the U.S. District Court

4  located at 450 Golden Gate Avenue, San Francisco, CA 94102, plaintiffs Daniel Zeiger

5  ("Zeiger") and Danz Doggie Daytrips ("Danz") will and hereby do move the Court for an order

6  voluntarily dismissing plaintiff Danz as a party from the above-captioned action, without

7  prejudice and without notice, pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil

8  Procedure.  Plaintiff Zeiger will continue to be the named plaintiff in this action.

9      Rule 41 provides that "an action may be dismissed at the plaintiff's request only by court

10  order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).

11      This motion is based on this Notice of Motion, the below Memorandum of Points and

12  Authorities, the declaration of Steven M. McKany, the pleadings and documents on file in this

13  case, and such other evidence as may be presented at or before the hearing on this motion.

14  Dated: October 24, 2018                    Respectfully submitted,

15                                             /s/ *Steven M. McKany*
                                               STEVEN M. McKany
16

17                                             ROBBINS ARROYO LLP
                                               BRIAN J. ROBBINS
                                               KEVIN A. SEELY
18                                             ASHLEY R. RIFKIN
                                               STEVEN M. McKANY
19                                             600 B Street, Suite 1900
                                               San Diego, CA 92101
20                                             Telephone: (619) 525-3990
                                               Facsimile: (619) 525-3991
21                                             E-mail: brobbins@robbinsarroyo.com
                                                       kseely@robbinsarroyo.com
22                                                     arifkin@robbinsarroyo.com
                                                       smckany@robbinsarroyo.com
23

24                                             LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                               ROBERT K. SHELQUIST
25                                             REBECCA A. PETERSON
                                               100 Washington Avenue South, Suite 2200
26                                             Minneapolis, MN 55401
                                               Telephone: (612) 339-6900
27                                             Facsimile: (612) 339-0981
                                               E-mail: rkshelquist@locklaw.com
28                                                     rapeterson@locklaw.com

- 1 -                                          17-cv-04056-WHO

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND
WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON (*Pro Hac Vice*)
KARLA M. GLUEK (*Pro Hac Vice*)
DANIEL J. NORDIN (*Pro Hac Vice*)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
         kgluek@gustafsongluek.com
         dnordin@gustafsongluek.com

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND
WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS

1

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### ISSUE TO BE DECIDED

3

4

5

6

7

Plaintiffs Daniel Zeiger ("Zeiger") and Danz Doggie Daytrips ("Danz" and together "Plaintiffs") hereby move the Court for an order voluntarily dismissing plaintiff Danz as a party from the above-captioned action, without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure ("Rule 41").  Plaintiff Zeiger will continue as a named plaintiff in this action.

8

### STATEMENT OF RELEVANT FACTS

9

10

11

12

13

14

15

16

17

18

This action concerns certain of Defendant's dry dog food sold under the Wellness brand name that it packages, labels, markets, and advertises with representations that are intended to, and do, convey to consumers that the products possess certain qualities and characteristics that justify a premium price.  ¶¶1-2, 36-45.[1]  As detailed in the SAC, Defendant knew or should have known that the alleged premium products were not as represented because they contain undisclosed lead, arsenic, mercury, and bisphenol A, the presence of which are material to a reasonable consumer when making purchasing decisions.  ¶¶2-21, 31-46, 52.  As a consequence of Defendant's false and misleading marketing and omissions, it was able to capitalize on, and reap profits from, consumers who paid a premium for products that were not sold as advertised. ¶¶21, 28, 78.

19

20

21

22

23

24

25

At this stage in the litigation, the parties are engaged in the exchange of discovery in preparation for class certification.  Declaration of Steven M. McKany in Support of Plaintiffs' Motion for Voluntary Dismissal without Prejudice and Without Notice as to Plaintiff Danz Doggie Daystrips ("McKany Decl."), at 2.  Zeiger and his company, Danz, are each named plaintiffs in this action.  *Id.*, ¶3.  Plaintiff Zeiger is an individual, and plaintiff Danz is his dog daycare company.  *Id.*  Plaintiffs' claims are based on putative class members' direct purchases of Defendant's products.  *Id.*, ¶4; *see also* ¶¶57-58.  However, during the discovery process,

26

27

---

[1]  Unless otherwise noted, all references to "¶__" or "¶¶__" are to Plaintiffs' Second Amended Class Action Complaint ("SAC"), filed on July 2, 2018 (ECF No. 95).

28

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS

1    Defendant sought documents and information from plaintiff Danz that Plaintiffs strongly believe

2    are inappropriate and threatened to needlessly harm or harass plaintiff Danz, such as seeking

3    identification of plaintiff Danz's clients, which Plaintiffs believe are irrelevant to the claims at

4    issue.  McKany Decl., ¶5.  Plaintiffs believe that the easiest way to resolve this discovery dispute

5    is to voluntarily dismiss plaintiff Danz; Plaintiff Zeiger will continue as named plaintiff without

6    any prejudice to the class.  *Id.*, ¶6.  Thus, on August 1, 2018, Plaintiffs' counsel reached out to

7    Defendant's counsel to request that the parties stipulate to the voluntary dismissal of plaintiff

8    Danz.  *Id.*, ¶7.  However, nearly three months later, on October 24, 2018, after Plaintiffs' counsel

9    sent numerous (often ignored) follow-up e-mails, defense counsel informed Plaintiffs' counsel

10   for the first time that they would not agree to the voluntarily dismiss plaintiff Danz, and would

11   instead be proceeding with scheduling its deposition.  *Id.*, ¶¶7-23.  Hence, Plaintiffs have now

12   brought the instant motion.  McKany Decl., ¶24.

13                                            **ARGUMENT**

14          Rule 41 provides that, after service of an answer and where stipulation cannot be

15   obtained, "an action may be dismissed at the plaintiff's request only by court order, on terms that

16   the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Dismissal rests in the court's sound

17   discretion.  *Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 145 (9th Cir. 1982).

18          Dismissal of plaintiff Danz will not prejudice Defendant.  This action concerns Plaintiffs

19   and the putative class purchasing the products at issue based on Defendant's false and/or

20   deceptive labeling, packaging, marketing, and advertising.  Plaintiffs' claims are based on

21   putative class members' direct purchases of Defendant's products.  The dismissal of plaintiff

22   Zeiger's company, plaintiff Danz, is inconsequential, and Defendant can still seek information,

23   and has, regarding plaintiff Zeiger's purchases of Defendant's products.

24          Dismissal of plaintiff Danz also will not prejudice the interests of other class members

25   and the requirements of Rule 23(e) of the Federal Rules of Civil Procedure do not apply because

26   (i) no class has been certified; (ii) this dismissal is without prejudice; and (iii) plaintiff Zeiger

27   continues to serve as a putative class representative and named plaintiff and will continue the

28                                                - 4 -                      17-cv-04056-WHO

1    duty toward absent class members.  *See* McKany Decl., ¶¶2-3.  Additionally, there has been no

2    settlement or compromise and neither plaintiff Danz nor its counsel has received nor will receive

3    any consideration from Defendant for the dismissal.  *See* McKany Decl., ¶26.

4                                        **CONCLUSION**

5             For the foregoing reasons, Plaintiffs' motion to voluntarily dismiss plaintiff Danz should

6    be granted.

7    Dated: October 25, 2018              ROBBINS ARROYO LLP
                                          BRIAN J. ROBBINS
8                                         KEVIN A. SEELY
                                          ASHLEY R. RIFKIN
9                                         STEVEN M. McKANY

10                                                  /s/ *Steven M. McKany*
                                          STEVEN M. McKany
11                                        600 B Street, Suite 1900
                                          San Diego, CA 92101
12                                        Telephone: (619) 525-3990
                                          Facsimile: (619) 525-3991
13                                        E-mail: brobbins@robbinsarroyo.com
                                                   kseely@robbinsarroyo.com
14                                                 arifkin@robbinsarroyo.com
                                                   smckany@robbinsarroyo.com
15
                                          LOCKRIDGE GRINDAL NAUEN P.L.L.P.
16                                        ROBERT K. SHELQUIST
                                          REBECCA A. PETERSON
17                                        100 Washington Avenue South, Suite 2200
                                          Minneapolis, MN 55401
18                                        Telephone: (612) 339-6900
                                          Facsimile: (612) 339-0981
19                                        E-mail: rkshelquist@locklaw.com
                                                   rapeterson@locklaw.com
20
                                          GUSTAFSON GLUEK, PLLC
21                                        DANIEL E. GUSTAFSON (*Pro Hac Vice*)
                                          KARLA M. GLUEK (*Pro Hac Vice*)
22                                        DANIEL J. NORDIN (*Pro Hac Vice*)
                                          Canadian Pacific Plaza
23                                        120 South 6th Street, Suite 2600
                                          Minneapolis, MN 55402
24                                        Telephone: (612) 333-8844
                                          Facsimile: (612) 339-6622
25                                        E-mail: dgustafson@gustafsongluek.com
                                                   kgluek@gustafsongluek.com
26                                                 dnordin@gustafsongluek.com

27                                        Attorneys for Plaintiffs
     1284360
28                                              - 5 -                    17-cv-04056-WHO
     PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND
     WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 25, 2018, I authorized the electronic filing of the foregoing PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS; MEMORANDUM OF POINTS AND AUTHORITIES, and all attachments thereto, with the Clerk of Court of the United States District Court, Northern District of California by using the CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

*/s/ Steven M. McKany*
Steven M. McKany

PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND
WITHOUT NOTICE AS TO PLAINTIFF DANZ DOGGIE DAYTRIPS

# Mailing Information for a Case 3:17-cv-04056-WHO Zeiger et al v. WellPet LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Raina Challeen Borrelli**
  rborrelli@gustafsongluek.com

- **Joan Alexis Rabutaso Camagong**
  jcamagong@shb.com,jabrooks@shb.com,cishihara@shb.com,rdarmstadt@shb.com,SFDistribution@shb.com

- **Susana Cruz Hodge**
  scruzhodge@litedepalma.com,epalomino@litedepalma.com

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,epalomino@litedepalma.com

- **Elizabeth Anne Fessler**
  efessler@shb.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Charles J. LaDuca**
  charlesl@cuneolaw.com

- **Paul B. LaScala**
  plascala@shb.com,hkeresztes@shb.com

- **Steven M. McKany**
  smckany@robbinsarroyo.com,notice@robbinsarroyo.com,jsilverwood@robbinsarroyo.com

- **James P. Muehlberger**
  jmuehlberger@shb.com,lcaldwell@shb.com,SFdistribution@shb.com

- **Amir M. Nassihi**
  anassihi@shb.com,jabrooks@shb.com,tkeys@shb.com,rdarmstadt@shb.com,SFDistribution@shb.com

- **Rebecca Anne Peterson**
  rapeterson@locklaw.com,kjleroy@locklaw.com,bgilles@locklaw.com

- **Ashley Rawlins Rifkin**
  arifkin@robbinsarroyo.com,rsalazar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **William Roth Sampson , Mr**
  wsampson@shb.com,rdarmstadt@shb.com,jmoreno@shb.com

- **Kevin Andrew Seely**
  kseely@robbinsarroyo.com,notice@robbinsarroyo.com

- **Robert K. Shelquist**
  rkshelquist@locklaw.com,aanewfield@locklaw.com,kjleroy@locklaw.com,brgilles@locklaw.com

- **Catherine Sung-Yun K. Smith**
  csmith@gustafsongluek.com

- **Katherine Van Dyck**
  kvandyck@cuneolaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel              Jay Nordin
Gustafson Gluek PLLC
120 S. 6th St., Ste. 2600
Minneapolis, MN 55402
```