ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
ASHLEY R. RIFKIN (246602)
STEVEN M. McKANY (271405)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
       kseely@robbinsarroyo.com
       arifkin@robbinsarroyo.com
       smckany@robbinsarroyo.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST(*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
       rkshelquist@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>          Defendant. | Case No. 3:17-cv-04056-WHO<br><br><u>CLASS ACTION</u><br><br>STIPULATED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE ERRATA SHEET CHANGES<br><br>Judge: Hon. William H. Orrick |

1    WHEREAS, Defendant WellPet LLC ("Defendant") filed a Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition (the "Motion to Strike") on March 22, 2019.  *See* ECF No. 114.

WHEREAS, a hearing on the Motion to Strike is set for May 8, 2019.  Pursuant to Civil L.R. 7-3(a), Plaintiff Daniel Zeiger's ("Plaintiff") response to the Motion to Strike is currently due April 5, 2019.

WHEREAS, Plaintiff's counsel has conferred with counsel for Defendant, who has agreed to an extension of seven (7) days for Plaintiff to respond to the Motion to Strike, thereby also extending Defendant's deadline to file a reply in support of the Motion to Strike by seven (7) days; therefore,

IT IS HEREBY STIPUALTED AND AGREED, by the undersigned counsel on behalf of the parties pursuant to Civil L.R. 6-2 that the deadline to oppose the Motion to Strike shall be extended to April 12, 2019.  The deadline to reply shall be extended to April 19, 2019. Stipulated to and dated this 4th day of April, 2019.

Respectfully submitted,

Dated: April 4, 2019

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
ASHLEY R. RIFKIN
STEVEN M. McKANY

*/s/ Steven M. McKany*
STEVEN M. McKANY

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        kseely@robbinsarroyo.com
        arifkin@robbinsarroyo.com
        smckany@robbinsarroyo.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST (*pro hac vice*)
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

| | |
|---|---|
| | Facsimile: (612) 339-0981<br>E-mail: rkshelquist@locklaw.com<br>       rapeterson@locklaw.com |
| | GUSTAFSON GLUEK, PLLC<br>DANIEL E. GUSTAFSON (*pro hac vice*)<br>JOSEPH C. BOURNE (308196)<br>DANIEL J. NORDIN (*pro hac vice*)<br>CATHERINE K. SMITH (*pro hac vice*)<br>RAINA C. BORRELLI (*pro hac vice*)<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>E-mail: dgustafson@gustafsongluek.com<br>       jbourne@gustafsongluek.com<br>       dnordin@gustafsongluek.com<br>       csmith@ gustafsongluek.com<br>       rborrelli@gustafsongluek.com |
| | CUNEO GILBERT & LADUCA, LLP<br>CHARLES LADUCA (*pro hac vice*)<br>KATHERINE VAN DYCK (*pro hac vice*)<br>4725 Wisconsin Ave NW, Suite 200<br>Washington, DC 20016<br>Telephone: 202-789-3960<br>Facsimile: 202-789-1813<br>E-mail: kvandyck@cuneolaw.com<br>       charles@cuneolaw.com |
| | LITE DEPALMA GREENBERG, LLC<br>JOSEPH J. DEPALMA (*pro hac vice*)<br>SUSANA CRUZ HODGE (*pro hac vice*)<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>E-mail: jdepalma@litedepalma.com<br>       scruzhodge@litedepalma.com |
| | Attorneys for Plaintiff Daniel Zeiger |
| Dated: April 4, 2019 | SHOOK, HARDY & BACON L.L.P.<br>JOAN R. CAMAGONG<br>AMIR NASSIHI<br><br>*/s/ Amir Nassihi*<br>AMIR NASSIHI<br><br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0291<br>E-mail: jcamagong@shb.com |

- 3 -
STIPULATED MOTION MODIFYING BRIEFING SCHEDULE
Case No. 3:17-cv-04056-WHO

anassihi@shb.com

Attorneys for Defendant WellPet LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2019



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## **CERTIFICATION OF COMPLIANCE WITH N.D. Cal L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2019   */s/ Steven M. McKany*
　　　　　　　　　　　　　　　　　　　Steven M. McKany