1  Amir M. Nassihi (SBN: 235936)
   anassihi@shb.com
2  Joan R. Camagong (SBN: 288217)
   jcamagong@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2600
4  San Francisco, California 94104
   Tel: 415-544-1900 | Fax: 415-391-0291
5
   James P. Muehlberger (*admitted pro hac vice*)
6  jmuehlberger@shb.com
   Elizabeth A. Fessler (*admitted pro hac vice*)
7  efessler@shb.com
   SHOOK, HARDY & BACON L.L.P.
8  2555 Grand Blvd.
   Kansas City, Missouri 64108
9  Tel: 816-474-6550 | Fax: 816-421-5547

10 Attorneys for Defendant
   WELLPET LLC
11
   [Additional Counsel on Signature Page]
12

13                  UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER and DANZ DOGGIE DAYTRIPS, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:17-cv-04056-WHO |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO STRIKE ERRATA SHEET CHANGES TO PLAINTIFF DANIEL ZEIGER'S JULY 27, 2018 DEPOSITION AND CONTINUE HEARING DATE** |
| v. | |
| WELLPET LLC, a Delaware corporation, | |
| Defendant. | |

Pursuant to L.R. 6-1(b), 6-2, and 7-12, the Parties in the above-entitled action hereby enter into this stipulation with reference to the following facts and recitals:

1.  Defendant WellPet LLC's reply brief in support of its Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition is currently due on April 19, 2019. Dkt. 17.

2. The hearing on WellPet LLC's Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition is currently set for May 8, 2019.

3. Due to scheduling conflicts, the Parties have met and conferred and agree that the deadlines for WellPet's reply brief and the hearing on its motion shall be continued.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that WellPet's deadline to file a reply brief in support of its Motion to Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition shall be extended from April 19, 2019 to May 8, 2019. The hearing on WellPet's Motion shall be continued from May 8, 2019 to June 5, 2019.

IT IS SO STIPULATED.

Dated: April 16, 2019                                Respectfully submitted,

                                                     SHOOK, HARDY & BACON L.L.P.

                                                     By: */s/ Amir Nassihi*
                                                              Amir Nassihi

                                                     Attorneys for Defendant
                                                     WellPet LLC

Dated: April 16, 2019                                Respectfully submitted,

                                                     LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                                     By: */s/ Rebecca A. Peterson*
                                                              Rebecca A. Peterson

                                                     Attorneys for Plaintiff Daniel Zeiger

## Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

By: */s/ Amir Nassihi*
Amir Nassihi

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. WellPet's deadline to file a reply brief in support of its Motion to Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition is extended from April 19, 2019 to May 8, 2019. The hearing on WellPet's Motion shall be continued from May 8, 2019 to June 5, 2019.

Dated: April 17, 2019

_____
HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE