Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
Joan R. Camagong (SBN: 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: 415-544-1900 | Fax: 415-391-0291

James P. Muehlberger (*admitted pro hac vice*)
jmuehlberger@shb.com
Elizabeth A. Fessler (*admitted pro hac vice*)
efessler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: 816-474-6550 | Fax: 816-421-5547

Attorneys for Defendant
WELLPET LLC

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>Defendant. | Case No. 4:17-cv-04056-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE ERRATA SHEET CHANGES TO PLAINTIFF DANIEL ZEIGER'S JULY 27, 2018 DEPOSITION** |

Pursuant to L.R. 6-1(b), 6-2, and 7-12, the Parties in the above-entitled action hereby enter into this stipulation with reference to the following facts and recitals:

1. On March 22, 2019, Defendant WellPet LLC filed a Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition. Dkt. 114.

2. On April 12, 2019, Plaintiff filed an opposition to WellPet's Motion to Strike. Dkt. 118.

3. On May 8, 2019, WellPet filed a reply brief in support of its Motion to Strike. Dkt. 122.

4. The hearing date on WellPet's Motion to Strike is currently set for June 5, 2019. Dkt. 121.

5. Private mediation is scheduled on July 30, 2019 with JAMS for this matter. Having met and conferred, the Parties agree that it would be most efficient to continue the hearing date on WellPet's Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition until after the Parties complete mediation.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that the hearing date on WellPet's Motion to Motion to Strike Errata Sheet Changes to Plaintiff Daniel Zeiger's July 27, 2018 Deposition shall be continued from June 5, 2019 to November 6, 2019.

IT IS SO STIPULATED.

Dated: May 20, 2019　　　　　　　　　　Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
　　　　Amir Nassihi

Attorneys for Defendant
WellPet LLC

Dated: May 20, 2019　　　　　　　　　　Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: */s/ Steven McKany*
　　　　Steven McKany

Attorneys for Plaintiff Daniel Zeiger

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

By: */s/ Amir Nassihi*
Amir Nassihi

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 20, 2019 
_____
HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE