LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
       rkshelquist@locklaw.com

Attorneys for Plaintiffs
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>WELLPET LLC, a Delaware corporation, and,<br><br>             Defendant. | Case No. 3:17-CV-04056-WHO<br><br>**DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL REGARDING MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. William H. Orrick |

DECLARATION OF REBECCA A. PETERSON IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

I, Rebecca A. Peterson, declare as follows:

1. I am an attorney at Lockridge Grindal Nauen P.L.L.P. and represent Plaintiff in the above-captioned matter. I submit this declaration in support of filing Plaintiff's Memorandum of Law in Support of Class Certification ("Memo") and certain exhibits thereto under seal.

2. I have reviewed and complied with the Judge Orrick's Standing Order on Administrative Motions to File Under Seal.

3. I have reviewed and complied with Civil Local Rule 79-5.

4. Portions of Plaintiff's Memo contain information, quotations, references to, or information taken or derived from documents or materials designated by defendant WellPet LLC ("Defendant") as "Confidential."

5. On November 30, 2017, this Court entered a Protective Order governing confidential documents (ECF No. 48). The Protective Order requires that any filing containing information or material designated as "Confidential" be filed under seal. *See* Protective Order at 12.

6. Pursuant to this Court's June 19, 2020, Stipulation and Order Regarding WellPet's Deadline to File a Declaration in Support of Plaintiff's Motion to Seal and because Defendant has not yet filed its declaration specifying which documents and/or deposition testimony should be filed under seal and/or redacted, Plaintiff will file the exhibits listed in paragraph 11 below in their entirety under seal and his Memo and the exhibits listed in paragraph 12 below as redacted.

7. Defendant has initially deemed all of the documents and excerpts of deposition testimony Plaintiff quoted, cited to, referred to, or from which information was taken for his Memo to contain confidential information, and has requested four weeks in which to complete its

DECLARATION OF REBECCA A. PETERSON IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

declaration regarding which specific documents and/or deposition testimony should be filed under seal.

8. Specifically, the following portions of the Memo contain quotations, references to, or information taken or derived from documents or materials designated as "Confidential" by Defendant:

| Page | Lines |
|---|---|
| iv | 6-10 |
| 1 | 6-8, 14-15 |
| 2 | 4-15, 25 |
| 3 | 7-8, 14-28 |
| 4 | 1-17, 19-27 |
| 5 | 1-19, 24-28 |
| 6 | 1-28 |
| 7 | 1-23 |
| 8 | 12-26 |
| 9 | 1-25, 27 |
| 10 | 1-4 |
| 12 | 1-2, 18, 25 |
| 20 | 24 |
| 21 | 2-3, 9-25 |
| 22 | 1-5 |

DECLARATION OF REBECCA A. PETERSON IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

9. As the designating party, Defendant has the burden to establish that the designated information is sealable. Civil L.R. 79-5(e).

10. Attached hereto are redacted and unredacted versions of the Memo and the expert reports of Bruce Silverman, Dr. Gary Pusillo, and Colin B. Weir.

11. Below is a list identifying the supporting exhibits proposed to be filed under seal in their entirety.

| Exhibit No. | Document |
| --- | --- |
| 1 | WLPT00002479 |
| 2 | Excerpts from the September 13, 2018, deposition of Melissa Laich |
| 5 | WLPT00008059 |
| 6 | WLPT00008105 |
| 7 | Defendants' Corrected Supplemental Answers to Plaintiffs First Set of Interrogatories to Defendants, served July 6, 2018 |
| 8 | WLPT00009015 |
| 10 | Excerpts from the September 11, 2018, deposition of Digvijay Gurung |
| 11 | WLPT00008729 |
| 12 | WLPT00008731 |
| 13 | WLPT00008733 |
| 14 | WLPT00008737 |
| 15 | WLPT00006785 |
| 16 | WLPT00008727 |
| 17 | WLPT00008739 |
| 18 | WLPT00008742 |

DECLARATION OF REBECCA A. PETERSON IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

| | |
|---|---|
| 19 | WLPT00008749 |
| 20 | WLPT00008756 |
| 21 | WLPT00008759 |
| 22 | WLPT00008762 |
| 23 | WLPT00008752 |
| 24 | Excerpts from the September 19, 2018, deposition of Greg Kean |
| 25 | WLPT00001597 |
| 26 | WLPT00001592 |
| 27 | GENI00004311 |
| 28 | WLPT00006833 |
| 29 | WLPT00002378 |
| 32 | WLPT00000021 |
| 33 | WLPT00000026 |
| 34 | WLPT00014986 |

12. Below is a list identifying the documents that will be filed as redacted:

| Exhibit No. | Document |
|---|---|
| 3 | June 29, 2020, expert report of Bruce Silverman |
| 9 | June 29, 2020, expert report of Dr. Gary Pusillo |
| 31 | June 29, 2020, expert report of Colin B. Weir |
| | Plaintiff's Memorandum in Support of Motion for Class Certification |

DECLARATION OF REBECCA A. PETERSON IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of June 2020.

        s/   Rebecca A. Peterson
        Rebecca A. Peterson
        *Attorney for Plaintiff*

DECLARATION OF REBECCA A. PETERSON IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL