1  LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   REBECCA A. PETERSON (241858)
2  ROBERT K. SHELQUIST
   100 Washington Avenue South, Suite 2200
3  Minneapolis, MN 55401
   Telephone: (612) 339-6900
4  Facsimile: (612) 339-0981
   E-mail: rapeterson@locklaw.com
5          rkshelquist@locklaw.com

6  Attorneys for Plaintiffs
   [Additional Counsel on Signature Page]
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  DANIEL ZEIGER, Individually and on        )  Case No. 3:17-CV-04056-WHO
    Behalf of All Others Similarly Situated,  )
13                                            )
                         Plaintiff,           )
14                                            )
          v.                                  )
15                                            )  **DECLARATION OF REBECCA A.**
    WELLPET LLC, a Delaware corporation,      )  **PETERSON IN SUPPORT OF**
16  and,                                      )  **MOTION FOR CLASS**
                                              )  **CERTIFICATION**
17                                            )
                         Defendant.           )
18                                            )
                                              )
19                                            )
                                              )
20  _____  )

21

22

23

24

25

26

27

28  DECLARATION OF REBECCA A. PETERSON IN  SUPPORT
    OF MOTION FOR CLASS CERTIFICATION

I, Rebecca A. Peterson, declare as follows:

1.      I am an attorney at Lockridge Grindal Nauen P.L.L.P. and represent Plaintiff in the above-captioned matter.  I submit this declaration in support of Plaintiff's Motion for Class Certification.

2.      Attached as **Exhibit 1** is a true and correct copy of a document (Bates numbered WLPT00002479).   FILED UNDER SEAL.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Melissa Laich [208:12-15; 209:10-16; 220:10-19; 242:15-17; 255:11-14], taken September 13, 2018. FILED UNDER SEAL.

4.      Attached as **Exhibit 3** is a true and correct copy of the June 29, 2020, expert report of Bruce Silverman.  FILED AS REDACTED.

5.      Attached as **Exhibit 4** is a true and correct copy of the June 29, 2020, expert report of Steven P. Gaskin.

6.      Attached as **Exhibit 5** is a true and correct copy of a document dated January 1, 2012 (Bates numbered WLPT00008059).  FILED UNDER SEAL.

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts from a 2018 document (Bates numbered WLPT00008105).  FILED UNDER SEAL.

8.      Attached as **Exhibit 7** is a true and correct copy of Defendants' Corrected Supplemental Answers to Plaintiffs First Set of Interrogatories, served on July 6, 2018.  FILED UNDER SEAL.

9.      Attached as **Exhibit 8** is a true and correct copy of a document dated January 30, 2017 (Bates numbered WLPT00009015).  FILED UNDER SEAL.

10.     Attached as **Exhibit 9** is a true and correct copy of the June 29, 2020, expert report of Dr. Gary Pusillo.  FILED AS REDACTED.

11.     Attached as **Exhibit 10** is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Digvijay Gurung [101:24-102:11; 126:13-21], taken September 11, 2018. FILED UNDER SEAL.

12.     Attached as **Exhibit 11** is a true and correct copy of a document dated April 24, 2013 (Bates numbered WLPT00008729).  FILED UNDER SEAL.

13.     Attached as **Exhibit 12** is a true and correct copy of a document dated April 24, 2013 (Bates numbered WLPT00008731).  FILED UNDER SEAL.

14.     Attached as **Exhibit 13** is a true and correct copy of a document dated April 24, 2013 (Bates numbered WLPT00008733).  FILED UNDER SEAL.

15.     Attached as **Exhibit 14** is a true and correct copy of a document dated April 30, 2013 (Bates numbered WLPT00008737).  FILED UNDER SEAL.

16.     Attached as **Exhibit 15** is a true and correct copy of a document dated May 22, 2013 (Bates numbered WLPT00006785).  FILED UNDER SEAL.

17.     Attached as **Exhibit 16** is a true and correct copy of a spreadsheet (Bates numbered WLPT00008727).  FILED UNDER SEAL.

18.     Attached as **Exhibit 17** is a true and correct copy of a document dated June 19, 2013 (Bates numbered WLPT00008739).  FILED UNDER SEAL.

19.     Attached as **Exhibit 18** is a true and correct copy of a document dated June 19, 2013 (Bates numbered WLPT00008742).   FILED UNDER SEAL.

20.     Attached as **Exhibit 19** is a true and correct copy of a document dated June 19, 2013 (Bates numbered WLPT00008749).  FILED UNDER SEAL.

21.     Attached as **Exhibit 20** is a true and correct copy of a document dated November 26, 2013 (Bates numbered WLPT00008756).  FILED UNDER SEAL.

22.     Attached as **Exhibit 21** is a true and correct copy of a document dated November 26, 2013 (Bates numbered WLPT00008759).  FILED UNDER SEAL.

23.     Attached as **Exhibit 22** is a true and correct copy of a document dated November 26, 2013 (Bates numbered WLPT00008762).  FILED UNDER SEAL.

24.     Attached as **Exhibit 23** is a true and correct copy of a document dated December 4, 2013 (Bates numbered WLPT00008752).  FILED UNDER SEAL.

25.     Attached as **Exhibit 24** is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of Greg Kean [125:12-126:16;131:4-133:24;  140:11-142:25], taken September 19, 2018.  FILED UNDER SEAL.

26.     Attached as **Exhibit 25** is a true and correct copy of a document dated September 30, 2010 (Bates numbered WLPT00001597).  FILED UNDER SEAL.

27.     **Attached as Exhibit 26** is a true and correct copy of an e-mail communications dated September 30, 2010 (Bates numbered WLPT00001592).  FILED UNDER SEAL.

28.     Attached as **Exhibit 27** is a true and correct copy of a document (Bates numbered GENI00004311).  FILED UNDER SEAL.

29.     Attached as **Exhibit 28** is a true and correct copy of an e-mail communications dated August 2016 (Bates numbered WLPT00006833).  FILED UNDER SEAL.

30.     Attached as **Exhibit 29** is a true and correct copy of an excerpt from a document dated November 5, 2015 (Bates numbered WLPT00002378).  FILED UNDER SEAL.

31.     Attached as **Exhibit 30** is a true and correct copy of excerpts of from the deposition transcript of Daniel Zeiger [259:17-24; 283:1-5: 288:22-291:1; 292:22-24: 304:6-16: 317:22-318:10], taken January 11, 2019.

32.     **Attached as Exhibit 31** is a true and correct copy of the June 29, 2020, expert report of Colin B. Weir.  FILED AS REDACTED.

33.     **Attached as Exhibit 32** is a true and correct copy of packaging (Bates numbered WLPT00000021).  FILED UNDER SEAL.

34.     **Attached as Exhibit 33** is a true and correct copy of packaging (Bates numbered WLPT00000026).  FILED UNDER SEAL.

35.     **Attached as Exhibit 34** is a true and correct copy of packaging (Bates numbered WLPT00014986).  FILED UNDER SEAL.

36.     Plaintiff has properly monitored this case and communicated with counsel throughout the litigation, has produced documents to Defendants, and has sat for two individual depositions, on July 27, 2018, and January 11, 2019.

37.     Attached as **Exhibit 35** is a true and correct copy of the June 29, 2020, expert report of Sean P. Callan.

38.     **Attached as Exhibits 36-41**, respectively, are the resumes for Lockridge Grindal Nauen P.L.L.P.; Gustafson Gluek, PLLC; Cuneo Gilbert & LaDuca LLP; Robbins LLP; Lite DePalma Greenberg, LLC; and Wexler Wallace LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29 day of June, 2020.

s/    Rebecca A. Peterson
Rebecca A. Peterson
*Attorney for Plaintiff*