# EXHIBIT 10

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 11

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 12

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 13

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 14

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 15

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 16

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 17

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 18

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 19

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 20

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 21

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 22

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 23

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 24

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 25

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 26

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 27

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 28

Filed under seal pursuant to
Stipulation and Order - Docket 150

# EXHIBIT 29

Filed under seal pursuant to
Stipulation and Order - Docket 150