Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
Joan R. Camagong (SBN: 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone: 415-544-1900
Facsimile: 415-391-0281

James P. Muehlberger (*admitted pro hac vice*)
jmuehlberger@shb.com
Elizabeth A. Fessler (*admitted pro hac vice*)
efessler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:    816-474-6550
Facsimile:    816-421-5547

Attorneys for Defendant
WELLPET LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER and DANZ DOGGIE DAYTRIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation,<br>Defendant. | Case No.  3:17-cv-04056-WHO<br><br>CLASS ACTION<br><br>**WELLPET'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL REGARDING MOTION FOR CLASS CERTIFICATION PURSUANT TO CIVIL L.R. 79-5 AND 7-11**<br><br>Judge:  Hon. William H. Orrick |

1 | Plaintiff Daniel Zeiger sought leave to file portions of the Motion for Class Certification and supporting materials under seal pursuant to Civil Local Rules 7-11 and 79-5, Judge Orrick's Standing Order on Administrative Motions to File Under Seal, and the November 30, 2017, Protective Order (Dkt. 48). *See* Dkt.151.

Defendant WellPet LLC has reviewed the supporting materials filed as exhibits to Plaintiff's Motion for Class Certification as well as the redacted portions of Plaintiff's briefing and expert reports. After evaluating the documents, WellPet has determined that it is no longer necessary to seal the company documents filed as supporting exhibits, including the deposition testimony excerpts and the interrogatory responses, or to redact references to those documents in other filings made with the Court related to Plaintiff's Motion.

Accordingly, WellPet requests the Court deny Plaintiff's Administrative Motion and for any further relief the Court deems just.

Dated: July 27, 2020

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Joan R. Camagong*

    AMIR M. NASSIHI
    JAMES P. MUHLBERGER
    JOAN R. CAMAGONG
    ELIZABETH A. FESSLER

    Attorneys for Defendant
    WELLPET LLC