UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZEIGER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLPET LLC,<br><br>    Defendant. | Case No.  3:17-cv-04056-WHO<br><br>**ORDER RE BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 169 |

Pursuant to the parties' stipulation, the plaintiff's opposition to the motion to exclude shall be due October 19, 2020; the defendant's reply shall be due October 30, 2020.

**IT IS SO ORDERED.**

Dated: October 13, 2020



William H. Orrick
United States District Judge