UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZEIGER,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLPET LLC,<br><br>        Defendant. | Case No. 3:17-cv-04056-WHO<br><br>**ORDER ON SUPPLEMENTING THE RECORD**<br><br>Re: Dkt. No. 178 |

The defendant's motion to submit several additional pieces of testimony to the class certification record—an action the plaintiff does not oppose—is GRANTED.

**IT IS SO ORDERED.**

Dated: November 3, 2020

_____
William H. Orrick
United States District Judge