Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
Joan R. Camagong (SBN: 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: 415-544-1900 | Fax: 415-391-0291

James P. Muehlberger (*admitted pro hac vice*)
jmuehlberger@shb.com
Elizabeth A. Fessler (*admitted pro hac vice*)
efessler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: 816-474-6550 | Fax: 816-421-5547

Attorneys for Defendant
WELLPET LLC

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-04056-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** |

The Parties in the above-entitled action hereby enter into this stipulation in relation to Defendant WellPet's Motion for Summary Judgment as follows:

1. Defendant WellPet's Motion for Summary was filed on October 30, 2020 (Dkt. 180);

2. Plaintiff's Opposition papers to the motion for summary judgment shall be filed on or before November 20, 2020;

1     STIPULATION AND (PROPOSED) ORDER
Case No. 3:17-cv-04056-WHO

4838-0843-6432 v2

3.      Reply papers in support of the motion for summary judgment shall be filed on or before December 11, 2020; and

4.      The hearing on the motion for summary judgment is set for Wednesday, December 23, 2020.

IT IS SO STIPULATED.

Dated:  November 2, 2020                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
         Amir Nassihi

Attorneys for Defendant
WellPet LLC

Dated:  November 2, 2020                    Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: */s/ Rebecca A. Peterson*
         Rebecca A. Peterson

Attorneys for Plaintiff Daniel Zeiger

4838-0843-6432 V2

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

By: <u>/s/ Amir Nassihi</u>
Amir Nassihi

3   STIPULATION AND (PROPOSED) ORDER
CASE NO.  3:17-CV-04056-WHO

4838-0843-6432 V2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified:  the hearing on the motion for summary judgment is set for **January 6, 2021 at 2 p.m.**

Dated: November 3, 2020

_____
HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE