1  Amir M. Nassihi (SBN: 235936)
   anassihi@shb.com
2  Joan R. Camagong (SBN: 288217)
   jcamagong@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2600
4  San Francisco, California 94104
   Tel: 415-544-1900 | Fax: 415-391-0291
5
   James P. Muehlberger (appearance *pro hac vice*)
6  jmuehlberger@shb.com
   Elizabeth A. Fessler (appearance *pro hac vice*)
7  efessler@shb.com
   SHOOK, HARDY & BACON L.L.P.
8  2555 Grand Blvd.
   Kansas City, Missouri 64108
9  Tel: 816-474-6550 | Fax: 816-421-5547

10 Attorneys for Defendant
   WELLPET LLC
11
   [Additional Counsel on Signature Page]
12

13              UNITED STATES DISTRICT COURT

14       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

15 DANIEL ZEIGER, Individually and on Behalf          Case No.  3:17-cv-04056-WHO
   of All Others Similarly Situated,
16                                                    CLASS ACTION
                  Plaintiff,
17                                                    STIPULATION AND [PROPOSED]
          v.                                          ORDER REGARDING WELLPET'S
18                                                    DEADLINE TO FILE A DECLARATION
   WELLPET LLC, a Delaware corporation,               IN SUPPORT OF PLAINTIFF'S
19                                                    MOTION TO SEAL
                  Defendant.
20

21

22

23         Pursuant to L.R. 6-1(b), 6-2, and 7-12, the Parties in the above-entitled action hereby enter into

24 a stipulation as set forth below.

25         On or before November 20, 2020, Plaintiff intends to file an opposition to WellPet's motion

26 for summary judgment and a corresponding motion to seal pursuant to L.R. 79-5(e).

27

28

The Parties have conferred and agree that due to the upcoming holiday and the COVID-19 pandemic's disruption to the schedules of those necessary for preparing the declaration as required by L.R. 79-5(d)(1)(A), additional time is required for WellPet to complete the declaration.

IT IS HEREBY STIPULATED THAT:

WellPet's declaration as required by L.R. 79-5(d)(1)(A) will be due 2 weeks after Plaintiffs' opposition to motion for summary judgment and corresponding motion to seal are filed.

IT IS SO STIPULATED.

Dated:  November 19, 2020                    Respectfully submitted,

                                             SHOOK, HARDY & BACON L.L.P.

                                             By:  /s/ Joan R. Camagong
                                                     Joan R. Camagong

                                             Attorneys for Defendant
                                             WellPet LLC

Dated:  November 19, 2020                    Respectfully submitted,

                                             LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                             By:  /s/ Rebecca A. Peterson
                                                     Rebecca A. Peterson

                                             Attorneys for Plaintiff Daniel Zeiger

### Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

                             By:  /s/ Joan R. Camagong
                                     Joan R. Camagong

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: November 20, 2020 _____

5

HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28