Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
Joan R. Camagong (SBN: 288217)
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone:   415-544-1900
Facsimile:    415-391-0281

James P. Muehlberger (appearance *pro hac vice*)
jmuehlberger@shb.com
Elizabeth A. Fessler (appearance *pro hac vice*)
efessler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:   816-474-6550
Facsimile:    816-421-5547

Attorneys for Defendant
WELLPET LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-04056-WHO<br><br>**WELLPET LLC'S NOTICE OF PETITION TO APPEAL** |

Defendant WellPet LLC ("WellPet") respectfully informs this Court of WellPet's Fed. R. Civ. P. 23(f) Petition for Permission to Appeal relating to this Court's 2/26/21 Order on Motions for Class Certification, Summary Judgment, and to Exclude and Strike, filed today in the United States Court of Appeals for the Ninth Circuit.

Dated: March 12, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _/s/ Amir M. Nassihi_____
      Amir M. Nassihi
      Joan R. Camagong
      James P. Muehlberger
      Elizabeth P. Fessler

Attorneys for Defendant
WELLPET LLC