Daniel E. Gustafson (Admitted *Pro Hac Vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER and DANZ DOGGIE DAYTRIPS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation<br><br>Defendant. | Case No. 3:17-cv-04056-WHO<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Raina C. Borrelli is no longer an attorney at the law firm of Gustafson Gluek PLLC and is hereby withdrawn as Counsel. Ms. Borrelli should be removed from the Court's service list with respect to this action. Plaintiffs will continue to be represented by Counsel of record from Gustafson Gluek PLLC, as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated:   April 27, 2021                **GUSTAFSON GLUEK PLLC**

  */s/ Daniel E. Gustafson*
Daniel E. Gustafson (Admitted *Pro Hac Vice*)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com