**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 17-cv-04056-WHO (JCS)

**Case Name:** Zeiger v. WellPet LLC

**Date:** May 4, 2021     **Time:** 5.5 Hours

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Rebecca Peterson, Robert Shelquist, Daniel Gustafson, Trevor Locko, Kenneth Wexler
**Attorney for Defendant:** Jim Muehlberger, Doug Maddock, Amir Nassihi, Noah Hagey

## ZOOM PROCEEDINGS

(X)   Zoom Settlement Conference - Held

     ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Further Zoom Settlement Conference

     ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:**
Further Settlement Conference set for **6/1/2021 at 2:00 PM, if necessary,** by Zoom **Meeting**. Counsel and parties shall use the same Zoom **Meeting** platform. No updated settlement conference statements need to be filed.
Parties in attendance: Daniel Zeiger, plaintiff. Defendant representatives: Michele Sullivan – Berwind. Greg Kean – WellPet.