| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 14 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DANIEL ZEIGER, individually and on behalf of all others similarly situated,

    Plaintiff-Respondent,

 v.

WELLPET LLC, a Delaware corporation,

    Defendant-Petitioner.

No. 21-80016

D.C. No. 3:17-cv-04056-WHO
Northern District of California,
San Francisco

ORDER

Before: PAEZ and HUNSAKER, Circuit Judges.

    Petitioner's motion for leave to file a reply (Docket Entry No. 4) is granted.

    The court, in its discretion, denies the petition for permission to appeal the district court's February 26, 2021 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

SC/MOATT