Rebecca A. Peterson (241858)
Robert K. Shelquist (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rapeterson@locklaw.com
         rkshelquist@locklaw.com

Attorneys for Plaintiff
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 3:17-cv-04056-WHO<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S AMENDED DAMAGES REPORT AND RENEWED CLASS CERTIFICATION BRIEFING** |

　　　The Parties have met and conferred and hereby enter into this stipulation as set forth below.

　　　On May 4, 2021, the Parties participated in a productive conference with Magistrate Judge Joseph C. Spero. In anticipation of another forthcoming settlement conference with Magistrate Judge Spero, the Parties entered into a stipulation on May 27, 2021, to extend expert and class certification deadlines. The Court entered an order consistent with the Parties' stipulation. ECF No. 223.

　　　Subsequently, the settlement conference with Magistrate Judge Spero scheduled for June 15, 2021 was continued to July 1, 2021. Based on these continuing discussions, the

STIPULATION AND (PROPOSED) ORDER REGARDING PLAINTIFF'S AMENDED
DAMAGES REPORT AND RENEWED CLASS CERTIFICATION BRIEFING
Case No. 3:17-cv-04056-WHO
1

Parties agreed to a twenty-eight (28) day extension to the deadlines related to the Renewed Class Certification Motion and Amended Damages Report. The Court entered an order consistent with the Parties' stipulation. ECF No. 226.

The settlement conference with Magistrate Judge Spero scheduled for July 1, 2021 was continued to August 17, 2021.

The parties reached a tentative settlement and the parties seek an extension of time to finalize the Settlement Agreement.

Accordingly, the Parties agree to extend the deadlines 30 days as follows:

IT IS HEREBY STIPULATED THAT:

|  | **Current Deadline** | **Proposed New Deadline** |
| --- | --- | --- |
| Plaintiff's amended damages reports | October 3, 2021 | November 2, 2021 |
| Plaintiff's renewed class certification motion | October 3, 2021 | November 2, 2021 |
| Defendant's rebuttal reports | November 29, 2021 | January 7, 2022 |
| Defendant's opposition to Plaintiff's amended damages reports and renewed class certification motion | November 29, 2021 | January 7, 2022 |
| Plaintiff's reply in support of his renewed class certification motion | December 27, 2021 | January 26, 2022 |

STIPULATED TO AND DATED this 4th day of August, 2021.

STIPULATION AND (PROPOSED) ORDER REGARDING PLAINTIFF'S AMENDED
DAMAGES REPORT AND RENEWED CLASS CERTIFICATION BRIEFING
Case No. 3:17-cv-04056-WHO

Dated: August 4, 2021

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: */s/ Rebecca A. Peterson*
      Rebecca A. Peterson
ROBERT K. SHELQUIST
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

**Attorneys for Plaintiffs Daniel Zeiger**

Dated: August 4, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
      Amir Nassihi
AMIR NASSIHI
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0291
E-mail: anassihi@shb.com

**Attorneys for Defendant WellPet LLC**

## CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 4, 2021						By: /s/ Rebecca A. Peterson
								Rebecca A. Peterson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE