Kenneth A. Wexler (*pro hac vice*)
Michelle Lukic (*pro hac vice*)
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile:  (312) 346-0022
E-mail: kaw@wexlerwallace.com
         mpl@wexlerwallace.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>     v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>                          Defendant. | Case No. 3:17-cv-04056-WHO<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MICHELLE LUKIC** |

TO: The Clerk of the Court and All Parties and Counsel of Record:

**PLEASE TAKE NOTICE THAT** Michelle Lukic hereby withdraws her appearance as Counsel. Plaintiffs will continue to be represented by Counsel of record from Wexler Wallace LLP, as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

Dated: August 5, 2021

WEXLER WALLACE LLP
KENNETH A. WEXLER (*pro hac vice*)
MICHELLE LUKIC (*pro hac vice*)

*/s/   Michelle Lukic*
MICHELLE LUKIC (*pro hac vice*)
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile:  (312) 346-0022
E-mail: kaw@wexlerwallace.com
           mpl@wexlerwallace.com

*Attorneys for Plaintiff*