# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 17-cv-04056-WHO (JCS)

**Case Name:** Zeiger v. WellPet LLC

**Date:** August 17, 2021          **Time:** 2 hours

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Rebecca Peterson, Robert K. Shelquist, Daniel Gustafson, Trevor Locko, Kenneth Wexler
**Attorney for Defendant:** John Muehlberger, Doug Maddock, Amir Nassihi, Noah Hagey

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( X )   Further Zoom Settlement Conference - Held

    ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:** Parties to continue drafting.
Parties in attendance: Erica Hageman, Wellpet General Counsel. Michele Sullivan – Berwind.