Rebecca A. Peterson (241858)
Robert K. Shelquist (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rapeterson@locklaw.com
         rkshelquist@locklaw.com

Attorneys for Plaintiff
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ZEIGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLPET LLC, a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-04056-WHO<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S AMENDED DAMAGES REPORT AND RENEWED CLASS CERTIFICATION BRIEFING** |

The Parties have met and conferred and hereby enter into this stipulation as set forth below.

On May 4, 2021, the Parties participated in a productive conference with Magistrate Judge Joseph C. Spero. In anticipation of another forthcoming settlement conference with Magistrate Judge Spero, the Parties entered into a stipulation on May 27, 2021, to extend expert and class certification deadlines. The Court entered an order consistent with the Parties' stipulation. ECF No. 223.

Subsequently, the settlement conference with Magistrate Judge Spero scheduled for June 15, 2021 was continued to July 1, 2021. Based on these continuing discussions, the

Parties agreed to a twenty-eight (28) day extension to the deadlines related to the Renewed Class Certification Motion and Amended Damages Report. The Court entered an order consistent with the Parties' stipulation. ECF No. 226.

The settlement conference with Magistrate Judge Spero scheduled for July 1, 2021 was continued to August 17, 2021.

The parties reached a tentative settlement and the parties seek an extension of time to finalize the Settlement Agreement.

Accordingly, the Parties agree to take the following deadlines off calendar.

| Submission | Deadline |
|---|---|
| Plaintiff's amended damages reports | November 2, 2021 |
| Plaintiff's renewed class certification motion | November 2, 2021 |
| Defendant's rebuttal reports | January 7, 2022 |
| Defendant's opposition to Plaintiff's amended damages reports and renewed class certification motion | January 7, 2022 |
| Plaintiff's reply in support of his renewed class certification motion | January 26, 2022 |

STIPULATED TO AND DATED this 9th day of September, 2021.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 9, 2021 | Respectfully submitted, |
| 3 | | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 4 | | By: */s/ Rebecca A. Peterson* |
| 5 | | Rebecca A. Peterson |
| | | ROBERT K. SHELQUIST |
| 6 | | REBECCA A. PETERSON |
| 7 | | 100 Washington Avenue South, Suite 2200 |
| | | Minneapolis, MN 55401 |
| 8 | | Telephone: (612) 339-6900 |
| | | Facsimile: (612) 339-0981 |
| 9 | | E-mail: rkshelquist@locklaw.com |
| 10 | | rapeterson@locklaw.com |
| 11 | | **Attorneys for Plaintiffs Daniel Zeiger** |
| 12 | Dated: September 9, 2021 | Respectfully submitted, |
| 13 | | SHOOK, HARDY & BACON L.L.P. |
| 14 | | |
| 15 | | By: */s/ Amir Nassihi* |
| | | Amir Nassihi |
| 16 | | AMIR NASSIHI |
| | | One Montgomery, Suite 2700 |
| 17 | | San Francisco, CA 94104-4505 |
| 18 | | Telephone: (415) 544-1900 |
| | | Facsimile: (415) 391-0291 |
| 19 | | E-mail: anassihi@shb.com |
| 20 | | **Attorneys for Defendant WellPet LLC** |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND (PROPOSED) ORDER REGARDING PLAINTIFF'S AMENDED
DAMAGES REPORT AND RENEWED CLASS CERTIFICATION BRIEFING
Case No. 3:17-cv-04056-WHO

## CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 9, 2021                    By: /s/ Rebecca A. Peterson
                                                          Rebecca A. Peterson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE