UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL ZEIGER,

        Plaintiff,

   v.

WELLPET LLC,

        Defendant.

Case No. 3:17-cv-04056-WHO

**JUDGMENT**

Judgment is hereby entered in accordance with the Order (1) Certifying Settlement Class; (2) Approving Class Action Settlement; (3) Awarding Attorney's Fees, Costs, and Service Award; and (4) Dismissing Action With Prejudice.

**IT IS SO ORDERED.**

Dated: April 22, 2022



WILLIAM H. ORRICK
United States District Judge